UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA KAN,<br>    **Plaintiff**<br> v.<br>NORTHFIELD MOUNT HERMON,<br>    **Defendant** | Docket No. 20-cv-30109-KAR |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Julia Kan and Defendant Northfield Mount Hermon report, pursuant to the provisions of Massachusetts Rules of Civil Procedure Rule 41(a)(1)(ii), that they have fully and finally resolved their dispute and they jointly stipulate to the dismissal of the above-captioned action, waiving rights to appeal, with prejudice and with each party bearing her/its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ John P. Connor* | */s/ Gregory A. Manousos* |
| John P. Connor (BBO No. 566927) | Gregory A. Manousos |
| Stobierski & Connor | Morgan, Brown & Joy, LLP |
| 377 Main Street | 200 State Street, 11th floor |
| Greenfield, MA 01301 | Boston, MA  02109 |
| Tel: (413) 774-2867 | Direct: (617) 788-5010 |
| jmarkham@markhamread.com | GManousos@morganbrown.com |
| *Attorneys for Julia Kan* | *Attorneys for Defendant*<br>*Northfield Mount Hermon* |

Dated: December 10, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Gregory A. Manousos*
Gregory A. Manousos
